**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-23-00110-CV**
_____

**RICHARD WILKISON, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF CODY WILKISON, DECEASED, Appellant**

**V.**

**THEODORE OSHMAN, OSHMAN FIRM, LLC, AND OSHMAN & MIRISOLA, LLP, Appellees**

On Appeal from the 284th District Court
Montgomery County, Texas
Trial Cause No. 22-09-12453-CV

**MEMORANDUM OPINION**

Appellant Richard Wilkison, individually and on behalf of the estate of Cody Wilkison, deceased, filed an unopposed motion to dismiss this appeal. *See* Tex. R. App. P. 42.1(a)(1). Appellant filed the motion before the appellate court issued a decision in the appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

1

APPEAL DISMISSED.

PER CURIAM

Submitted on August 2, 2023
Opinion Delivered August 3, 2023

Before Golemon, C.J., Johnson and Wright, JJ.